1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MURPHY, GABRIEL SCHWARTZ, MARC BREWER, and GARRISON MORENO, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>FUSION LEARNING, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-06732-JAK (ASx)<br>Related Case: 2:22-cv-04497-JAK (ASx)<br><br>**FINAL JUDGMENT AND ORDER GRANTING FINAL APPROVAL OF CLASS ACTION AND PAGA ACTION SETTLEMENT**<br><br>**JS-6: CASE CLOSED**<br><br>Action Filed:　July 8, 2021<br>Removal Date: August 19, 2021<br>Trial Date:　　None Set |

The motion for final approval of the settlement of this action was heard on July 8, 2024, at 8:30 a.m., in the United States District Court for the Central District of California, located at the First Street Courthouse located at 350 W. First Street, Courtroom 10C, Los Angeles, California 90012. Subsequently, on September 6, 2024, an Order issued that granted the motion subject to a confirmation that appropriate notice had been provided to all necessary state and federal officials as required by the Class Action Fairness Act ("CAFA"). On October 11, 2024, the parties filed a Joint Notice that confirmed notice as required by CAFA had been provided to the government officials, and that none objected to the settlement. For these reasons,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Court has jurisdiction over the subject matter of the above-captioned action (the "Action"), the Class Representatives Kevin Murphy, Gabriel Schwartz, Marc Brewer, and Garrison Moreno ("Plaintiffs" or "Class Representatives"), Defendant Fusion Learning, Inc. ("Defendant"), and all members of the following Settlement Class:

> All current and former non-exempt employees who worked for Defendant Fusion Learning, Inc. in California at any time during the Class Period (April 14, 2018 through June 2, 2023).

2. The terms "Settlement" or "Settlement Agreement" shall refer to the Class Action and PAGA Settlement Agreement and Class Notice previously filed by Plaintiffs in this action.

3. Final approval of the Settlement Agreement is granted.

4. The Class Notice was sufficient, and met the requirements of due process under the United States Constitution and applicable state law.

5. The Settlement Class satisfies the applicable standards for certification under Federal Rules of Civil Procedure 23(a) and 23(b)(3). Accordingly, solely for purposes of effected the Settlement, the Settlement Class is certified.

6. The Settling Parties and the Settlement Administrator shall perform in accordance with the terms set forth in the Settlement Agreement.

7. Except as to any individual who has validly and timely opted out of the Settlement, all of the claims against the parties who have been released under the Settlement Agreement are dismissed with prejudice as to the Class Representatives and the members of the Settlement Class. The Settling Parties shall bear their own attorney's fees and costs, except as otherwise provided in the Settlement Agreement.

8. The releases of the Class Representatives and each Class Member (excluding any individual who validly and timely requested exclusion from the Settlement) pursuant to the Settlement Agreement) are in effect.

9. The Action is dismissed on the merits and with prejudice. The Court reserves and retains exclusive and continuing jurisdiction over the Action, the Class Representatives, the Settlement Class, and Defendant for the purposes of supervising the implementation, effectuation, enforcement, construction, administration, and interpretation of the Settlement Agreement and this Judgment.

10. The payment of settlement administration costs in the amount of $14,500.00 to CPT Group, Inc., the Settlement Administrator, for services rendered in this matter have been approved. The payment to the Class Representatives in the amounts of $7,000.00 to Kevin Murphy, $3,400.00 to Gabriel Schwartz, $3,400.00 to Marc Brewer, and $3,060.00 to Garrison Moreno, have been approved.

11. The payment of $37,500.00 to the California Labor & Workforce Development Agency for its share of penalties under the Labor Code Private Attorneys General Act, pursuant to Cal. Labor Code § 2699(i), in accordance with the terms of the Settlement Agreement, has been approved.

12. The award of $416,666.66 for attorney's fees, and $41,835.27 for reimbursement of litigation costs, have been approved.

13. All payments specified in this judgment shall be paid by the Settlement Administrator.

14. This final judgment is entered pursuant to Fed. R. Civ. P. 23(c)(3) and Fed. R. Civ. P. 58.

**IT IS SO ORDERED.**

Dated: October 23, 2024

_____
John A. Kronstadt
United States District Judge